HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559.487.5561/Fax: 559.487.5950

Attorney for Defendant
JOSE LOZANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00246 DAD-BAM |
| Plaintiff, | WAIVER OF DEFENDANT'S PERSONAL PRESENCE; ORDER THEREON |
| vs. | |
| JOSE LOZANO, | |
| Defendant. | Judge: Hon. Barbara A. McAuliffe |

Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, Jose Lozano, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver. Defendant agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at all times. Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

///

///

-1-

Mr. Lozano makes this request because he resides in Pomona, California, and wishes to minimize the time and expense involved in traveling to Fresno for non-dispositive hearings. Assistant United States Attorney Angela Scott has no objection to this request.

DATED: February 6, 2019  /s/ *Jose Lozano*
JOSE LOZANO,
Defendant

DATED: February 6, 2019  /s/ *Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for
JOSE LOZANO

## O R D E R

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at all non-substantive pretrial proceedings until further order.

IT IS SO ORDERED.

Dated: **February 7, 2019**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE