HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JOSE LOZANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00246 DAD-BAM |
|---|---|
| Plaintiff, | EX PARTE APPLICATION FOR ORDER TO MODIFY TERMS OF DEFENDANT'S PRETRIAL RELEASES; DECLARATION OF ERIC V. KERSTEN; ORDER |
| vs. | |
| JOSE LOZANO, | |
| Defendant. | Hon. Barbara A, McAuliffe |

Defendant Jose Lozano, by and through counsel, Assistant Federal Defender Eric V. Kersten, applies *Ex Parte* to the Court for an unopposed order modifying the terms of his pretrial release. This amended application is based on the attached Declaration of Eric V. Kersten and upon the records on file in the instant action.

DATED: October 10, 2019

                                              Respectfully submitted,

                                              HEATHER E. WILLIAMS
                                              Federal Defender

                                  By:    /s/ *Eric V. Kersten*
                                              ERIC V. KERSTEN
                                              Assistant Federal Defender
                                              Attorneys for Defendant
                                              JOSE LOZANO

DECLARATION OF ERIC V. KERSTEN

I, Eric V. Kersten, declare as follows:

1. I am an attorney at law licensed to practice in the State of California and the United States District Court for the Eastern District of California. I am an Assistant Federal Defender employed by the Office of the Federal Defender, and I represent Jose Lozano in the above-referenced case.

2. On November 8, 2018, Mr. Jose Lozano was charged with conspiracy to distribute and to possess with intent to distribute methamphetamine and heroin; and possession with intent to distribute methamphetamine and heroin.

3. On December 6, 2018, Jose Lozano was ordered released under pretrial supervision with conditions including location monitoring and curfew. (Document 26; December 6, 2018; Order Setting Conditions of Release, condition 7(l).)

4. Mr. Lozano is on curtesy supervision in the Central District of California and he has complied with all conditions of his pretrial release since his release from custody on or about December 6, 2018.

5. Mr. Lozano is requesting that his conditions of release be modified, and that condition 7(l) be removed, as the location monitoring and curfew condition is causing financial hardship by interfering with Mr. Lozano's ability to work and support his family.

6. Mr. Lozano is employed by AMS Construction, and his work schedule varies. Lozano is part of a roofing crew that travels out of the area for multiple days at times while completing roofing Jobs. Because condition 7(l) prevents Lozano from accompanying his crew on these jobs he misses work and the income he would earn on the jobs.

7. I have communicated with Matthew S. Carter, Mr. Lozano's supervising Pretrial Services Officer in the Central District of California; and Renee Basurto, Pretrial Services Officer, and Location Monitoring Specialist, in the Eastern District of California, regarding Mr. Lozano's request and neither objects to the removal of condition 7(l).

8. AUSA Angela Scott has advised me that she discussed this proposed modification with PSO Basurto, and AUSA Scott has advised me that the Government has no objection to the

request to remove condition 7(l).

9. Therefore, Mr. Lozano respectfully requests that the Court grants his request and modify his conditions pretrial release by removing condition 7(l). All other conditions of Mr. Lozano's pretrial releases shall remain in full force an effect.

Signed under penalty of perjury this 10th day of October, 2019, at Fresno, California.

/s/ *Eric V. Kersten*
ERIC V. KERSTEN, Declarant.

# **O R D E R**

IT IS SO ORDERED. Jose Lozano's conditions of pretrial supervision shall be modified to remove condition 7(l). All other conditions of Mr. Lozano's pretrial release shall remain in full force and effect.

IT IS SO ORDERED.

Dated: __October 10, 2019__    ____/s/ *Barbara A. McAuliffe*____
UNITED STATES MAGISTRATE JUDGE