McGREGOR W. SCOTT
United States Attorney
ANGELA L. SCOTT
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00246-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT FOR DEFENDANT JOSE LOZANO; ORDER |
| v. | |
| RUBEN CORTEZ-ROCHA, JOSE LOZANO, aka "Junior" SADOL DIAZ-BELTRAN, and RICARDO ZEPEDA-NAVARRO, | CURRENT DATE: November 12, 2019<br>CURRENT TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |
| Defendants. | PROPOSED DATE: January 15, 2020<br>PROPOSED TIME: 10:00 p.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant JOSE LOZANO ("LOZANO"), by and through his counsel of record, Eric Kersten, hereby stipulate as follows:

1. On December 3, 2018, defendants LOZANO and ZEPEDA-NAVARRO made their initial appearances and were arraigned on the indictment. Time was excluded under the Speedy Trial Act until their detention hearing on December 5, 2018. Doc. 12.

2. At a detention hearing on December 5, 2018, defendant ZEPEDA-NAVARRO was ordered detained. The Court set a status conference for February 11, 2019, and excluded the time from December 5, 2018, through February 11, 2019 under the Speedy Trial Act. Doc. 20.

1

3. At a detention hearing on December 5, 2018, defendant LOZANO was released on conditions. The Court set a status conference for February 11, 2019, and excluded the time from December 5, 2018, through February 11, 2019 under the Speedy Trial Act. Doc.23.

4. On December 10, 2018, defendant CORTEZ-ROCHA was arraigned and released on conditions. The Court set a status conference for February 11, 2019, and excluded the time from December 10, 2018, through February 11, 2019 under the Speedy Trial Act. Doc. 28.

5. On December 10, 2018, defendant DIAZ-BELTRAN was arraigned and released on conditions. The Court set a status conference for February 11, 2019, and excluded the time from December 10, 2018, through February 11, 2019 under the Speedy Trial Act. Doc. 29.

6. At the status conference on February 11, 2019, the Court set a further status conference on May 13, 2019, and excluded time from February 11, 2019, through May 13, 2019. Doc. 50.

7. On May 9, 2019, the Court granted the parties request to continue the status conference to August 26, 2019 at 1:00 pm, and excluded time from May 13, 2019 to August 26, 2019, inclusive, under the Speedy Trial Act. Doc. 60.

8. At the status conference on August 26, 2019, the Court set a further status conference on November 12, 2019, and excluded time from August 26, 2019, through November 12, 2019. Doc. 70.

9. By this stipulation, the parties now move to vacate the November 12, 2019 status conference, set a change-of-plea hearing for January 15, 2020, and to exclude time between November 12, 2019 and January 15, 2020, inclusive, under the Speedy Trial Act, 18 U.S.C.§ 3161(h)(7)(A), B(i) and (iv).

10. Defendant LOZANO has reached a tentative plea agreement with the government. The government expects to receive a signed plea agreement later this week. If, however, defendant ultimately does not enter his guilty plea and decides to proceed to trial, the parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes over 100 pages of reports and photographs, as well as over 40 audio recordings, many of which are in a foreign language. This discovery has been produced directly to counsel.

    b) Counsel for defendant desires additional time to review the current charges, to

2

review the discovery, to conduct research and investigation related to the charges and potential pretrial motions, and to consult with his client.

        c)      Counsel for defendant has various conflicts in other cases between now and the proposed January 15, 2020 hearing that would not reasonably permit him to try this case any time between now and at least January 15, 2020.

        d)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of November 12, 2019 to January 15, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(i) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

11.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: November 7, 2019                      McGREGOR W. SCOTT
                                                  United States Attorney

                                                  /s/ ANGELA L. SCOTT
                                                  ANGELA L. SCOTT
                                                  Assistant United States Attorney

| | |
|---|---|
| Dated: November 7, 2019 | __s/ per email authorization_____<br>ERIC KERSTEN<br>Counsel for Defendant<br>JOSE LOZANO |

**ORDER**

Pursuant to the parties' stipulation and good cause shown, IT IS HEREBY ORDERED that the status conference, currently set for November 12, 2019, is hereby vacated as to defendant JOSE LOZANO. It is further ORDERED that a change-of-plea hearing be set for this defendant on January 15, 2020 at 10:00 a.m. before the Honorable Dale A. Drozd, and that the time period between November 12, 2019, and January 15, 2020, inclusive, is excluded from the calculation under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(i) and (iv) for the reasons stated in the parties' stipulation.

IT IS SO ORDERED.

Dated: **November 7, 2019**   /s/ Dale A. Drozd
UNITED STATES DISTRICT JUDGE