| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| 2 | Federal Defender |
| | ERIC V. KERSTEN, Bar #226429 |
| 3 | Assistant Federal Defender |
| | Designated Counsel for Service |
| 4 | 2300 Tulare Street, Suite 330 |
| | Fresno, CA  93721-2226 |
| 5 | Telephone: (559) 487-5561 |
| | Fax: (559) 487-5950 |

Attorneys for Defendant
JOSE LOZANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:18-cr-00246 DAD-BAM |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER THEREON |
| vs. | Date:   February 3, 2020 |
| JOSE LOZANO, | Time:  10:00 a.m. |
| Defendant. | Judge: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, ANGELA SCOTT, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant Jose Lozano, that the status conference scheduled for January 15, 2020 may be continued to February 3, 2020, or the soonest date thereafter convenient to the court.

Mr. Lozano has signed the government's plea offer and it was anticipated that he would enter the agreement on January 15, 2020. However, defense counsel is unavailable as he will be in trial on that day in U.S. v. Shane Kainoa Kelly (Case No. 1:17-cr-00253 LJO). This continuance is requested to allow for the presence of defense counsel.

The parties agree that the delay resulting from this request shall be excluded in the

///

interests of justice to allow for continuity of counsel, and for effective defense preparation, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

DATED: January 9, 2020      By:   /s/ Angela Scott
                                  ANGELA SCOTT
                                  Assistant United States Attorney
                                  Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: January 9, 2020      By:   /s/ Eric V. Kersten
                                  ERIC V. KERSTEN
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  JOSE LOZANO

## O R D E R

Pursuant to the parties' stipulation and good cause shown, IT IS HEREBY ORDERED that the change of plea hearing set for January 15, 2020 be continued to February 3, 2020 at 10:00a.m. , and that the time period between January 15, 2019, and February 3, 2020, inclusive, is excluded from the calculation under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(i) and (iv) for the reasons stated in the parties' stipulation.

IT IS SO ORDERED.

Dated:   **January 9, 2020**            /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE