McGREGOR W. SCOTT
United States Attorney
ANGELA L. SCOTT
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00246-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT FOR DEFENDANT JOSE LOZANO; FINDINGS AND ORDER |
| v. | |
| RUBEN CORTEZ-ROCHA, JOSE LOZANO, aka "Junior" SADOL DIAZ-BELTRAN, and RICARDO ZEPEDA-NAVARRO, | CURRENT DATE: March 2, 2020 CURRENT TIME: 10:00 p.m. COURT: Hon. Dale A. Drozd |
| Defendants. | PROPOSED DATE: March 23, 2020 PROPOSED TIME: 10:00 p.m. COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant JOSE LOZANO ("LOZANO"), by and through his counsel of record, Eric Kersten, hereby stipulate as follows:

1. On December 3, 2018, defendants LOZANO and ZEPEDA-NAVARRO made their initial appearances and were arraigned on the indictment. Time was excluded under the Speedy Trial Act until their detention hearing on December 5, 2018. Doc. 12.

2. At a detention hearing on December 5, 2018, defendant LOZANO was released on conditions. The Court set a status conference for February 11, 2019, and excluded the time from

1

December 5, 2018, through February 11, 2019 under the Speedy Trial Act. Doc.23.

    3.    At the status conference on February 11, 2019, the Court set a further status conference on May 13, 2019, and excluded time from February 11, 2019, through May 13, 2019. Doc. 50.

    4.    On May 9, 2019, the Court granted the defendant's request to continue the status conference to August 26, 2019 at 1:00 pm, and excluded time from May 13, 2019 to August 26, 2019, inclusive, under the Speedy Trial Act. Doc. 60.

    5.    At the status conference on August 26, 2019, the Court set a further status conference on November 12, 2019, and excluded time from August 26, 2019, through November 12, 2019. Doc. 70.

    6.    On November 7, 2019, the Court granted the defendant's request to vacate the November 12, 2019 status conference and to set a change-of-plea hearing for January 15, 2020, at 10:00 a.m., and excluded time from November 12, 2019, through January 15, 2020. Doc. 78.

    7.    On January 9, 2020, the Court granted defendant's request to continue the change-of-plea hearing from January 15, 2020, to February 3, 2020, at 10:00, and excluded time from January 15, 2020 through February 3, 2020. Doc. 86.

    8.    On January 30, 2020, the Court granted defendant's request to continue the change-of-plea hearing from February 3, 2020, to March 2, 2020, at 10:00, and excluded time from February 3, 2020 through March 2, 2020. Doc. 92.

    9.    By this stipulation, the parties now move to continue the change-of-plea hearing currently set for March 2, 2020, to March 23, 2020, and to exclude time between March 2, 2020, and March 23, 2020, inclusive, under the Speedy Trial Act, 18 U.S.C.§ 3161(h)(7)(A), B(i) and (iv).

    10.    Defendant LOZANO has reached a tentative plea agreement with the government, which the government recently filed. Defendant anticipates that he will be remanded into custody upon entry of his guilty plea. Mr. Lozano is requesting that the March 2, 2020 change of plea hearing be continued to March 23, 2020, to allow time for Mr. Lozano to finish getting his affairs in order prior to remand. If, however, defendant ultimately does not enter his guilty plea and decides to proceed to trial, the parties agree and stipulate, and request that the Court find the following:

    a)    The government has represented that the discovery associated with this case includes over 100 pages of reports and photographs, as well as over 40 audio recordings, many

of which are in a foreign language.  This discovery has been produced directly to counsel.

        b)      Counsel for defendant desires additional time to review the current charges, to review the discovery, to conduct research and investigation related to the charges and potential pretrial motions, and to consult with his client.

        c)      Counsel for defendant has various conflicts in other cases between now and the proposed March 23, 2020 hearing that would not reasonably permit him to try this case any time between now and at least March 23, 2020.

        d)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of March 2, 2020, and March 23, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(i) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

11.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  February 26, 2020                              McGREGOR W. SCOTT
                                                               United States Attorney

                                                              /s/ ANGELA L. SCOTT
                                                              ANGELA L. SCOTT
                                                              Assistant United States Attorney

Dated: February 26, 2020        __s/ per email authorization_____
ERIC KERSTEN
Counsel for Defendant
JOSE LOZANO

**FINDINGS AND ORDER**

Pursuant to the parties' stipulation and good cause shown, IT IS HEREBY ORDERED that the change-of-plea hearing for defendant JOSE LOZANO currently set for March 2, 2020, is hereby continued to March 23, 2020 at 10:00 a.m. before the Honorable Dale A. Drozd, and that the time period between March 2, 2020, and March 23, 2020, inclusive, is excluded from the calculation under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(i) and (iv) for the reasons stated in the parties' stipulation.

IT IS SO ORDERED.

Dated: **February 27, 2020**      /s/ Dale A. Drozd
UNITED STATES DISTRICT JUDGE