HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JOSE LOZANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JOSE LOZANO,<br><br>　　　　　　Defendant. | Case No.  1:18-cr-00246 DAD-BAM<br><br>**STIPULATION REGARDING PREPARATION OF PRE-PLEA REPORT BY THE PROBATION DEPARTMENT; ORDER**<br><br>Judge: Hon. Dale A. Drozd |

　　　　IT IS HEREBY STIPULATED by and between the parties through their respective counsel, ANGELA SCOTT, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant Jose Lozano, that the United States Probation Department may prepare a Pre-Plea Presentence Investigation Report which will include an interview of the defendant. The purpose of this pre-plea report is to allow the defendant to enter his plea and be sentenced on the same date.

Counsel have communicated with Anthony Andrews, a supervisor with the Probation Department, and he is in agreement with this procedure. The parties believe that allowing the defendant to change his plea and to be sentenced on the same day will be in the interest of justice

///

///

and avoid potentially unnecessary incarceration in a local jail during the period normally spent between the Change of Plea and Sentencing.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

DATED: October 27, 2020     By:   /s/ Angela Scott
                                   ANGELA SCOTT
                                   Assistant United States Attorney
                                   Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: October 27, 2020     By:   /s/ Eric V. Kersten
                                   ERIC V. KERSTEN
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   JOSE LOZANO

O R D E R

IT IS SO ORDERED. Good cause appearing, the United States Probation Office may prepare a Pre-Plea Presentence Investigation Report, including an interview of defendant Jose Lozano, consistent with its normal operating procedures.

IT IS SO ORDERED.

Dated:   **October 27, 2020**                   _____
                                                 UNITED STATES DISTRICT JUDGE