1 PHILLIP A. TALBERT
Acting United States Attorney
2 JESSICA A. MASSEY
Assistant United States Attorney
3 2500 Tulare Street, Suite 4401
Fresno, CA 93721
4 Telephone: (559) 497-4000
Facsimile: (559) 497-4099

6 Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00246 DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING; ORDER |
| v. | CURRENT DATE: January 30, 2023 |
| JOSE LOZANO, | TIME: 8:30 a.m. |
| Defendant. | COURT: Hon. Ana de Alba |

By previous order this matter was set for sentencing on January 30, 2023. After reviewing Probation's draft Presentence Investigation Report (Doc. 249), the parties have conferred and agree that they need more time to review discovery and consult with Probation regarding informal and potential formal objections regarding this defendant. Consequently, the parties have agreed and hereby stipulate to continue the defendant's sentencing hearing from January 30, 2023, to March 20, 2023.

IT IS SO STIPULATED.

1

Dated:  January 23, 2023                         PHILLIP A. TALBERT
                                                       United States Attorney

                                                       /s/ JESSICA A. MASSEY
                                                       JESSICA A. MASSEY
                                                       Assistant United States Attorney

Dated:  January 23, 2023                         /s/ ERIC KERSTEN
                                                       ERIC KERSTEN
                                                       Counsel for Defendant

**ORDER**

IT IS SO ORDERED.

Dated:   January 24, 2023          
                                                    UNITED STATES DISTRICT JUDGE