1  PHILLIP A. TALBERT
United States Attorney
2  JESSICA A. MASSEY
Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
Fresno, CA 93721
4  Telephone: (559) 497-4000
Facsimile: (559) 497-4099
5
6  Attorneys for Plaintiff
United States of America
7

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE LOZANO,<br><br>Defendant. | CASE NO. 1:18-CR-00246 ADA-BAM<br><br>STIPULATION TO CONTINUE SENTENCING HEARING; ORDER<br><br>CURRENT DATE: March 20, 2023<br>TIME: 8:30 a.m.<br>COURT: Hon. Ana de Alba |

By previous order this matter was set for sentencing on March 20, 2023. The parties would like additional time to review the defendant's presentence investigation report and draft their respective sentencing memos. The parties have agreed and hereby stipulate to continue the defendant's sentencing hearing from March 20, 2023, to May 22, 2023.

IT IS SO STIPULATED.

Dated: March 14, 2023                    PHILLIP A. TALBERT
                                         United States Attorney

                                         /s/ JESSICA A. MASSEY
                                         JESSICA A. MASSEY
                                         Assistant United States Attorney

1

Dated: March 14, 2023                    /s/ ERIC KERSTEN
                                         ERIC KERSTEN
                                         Counsel for Defendant


IT IS SO ORDERED.

Dated:   March 16, 2023       _____
                              UNITED STATES DISTRICT JUDGE