HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JOSE LOZANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE LOZANO,<br><br>Defendant. | Case No. 1:18-cr-00246 ADA-BAM<br><br>AMENDED STIPULATION TO CONTINUE SENTENCING; ORDER THEREON<br><br>Date:  August 21, 2023<br>Time:  8:30 a.m.<br>Judge: Hon. Ana de Alba |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, BRITTANY GUNTER, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant Jose Lozano, that the sentencing hearing scheduled for June 20, 2023 may be continued to August 21, 2023, or the soonest date thereafter convenient to the court.

In February 2023 Mr. Lozano suffered a broken hand while at work and a court appearance regarding his workman's compensation claim has also been scheduled in Southern California on June 20, 2023. In addition, Mr. Lozano's hand has not healed properly, and he is waiting for his insurance company to approve an appointment with a specialist to determine whether surgery or other treatment is needed. For these reasons and to allow time for additional defense investigation and sentencing preparation, it is requested that sentencing be continued to

August 21, 2023.

The parties agree that the delay resulting from this request shall be excluded in the interest of justice to allow for effective defense preparation, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

DATED: June 12, 2023      By:   */s/ Brittany Gunter*
                                BRITTANY GUNTER
                                Assistant United States Attorney
                                Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: June 12, 2023      By:   /s/ *Eric V. Kersten*
                                ERIC V. KERSTEN
                                Assistant Federal Defender
                                Attorney for Defendant
                                JOSE LOZANO

IT IS SO ORDERED.

Dated:  June 12, 2023

UNITED STATES DISTRICT JUDGE

-2-