HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JOSE LOZANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:18-cr-00246 ADA-BAM |
| Plaintiff, | AMENDED STIPULATION TO CONTINUE SENTENCING; ORDER THEREON |
| vs. | |
| JOSE LOZANO, | Date:   September 25, 2023<br>Time:  8:30 a.m. |
| Defendant. | Judge: Hon. Ana de Alba |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, BRITTANY GUNTER, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant Jose Lozano, that the sentencing hearing scheduled for August 21, 2023 may be continued to September 25, 2023, or the soonest date thereafter convenient to the court.

While on pretrial release Mr. Lozano suffered a workplace injury and it is hoped that matter can be resolved prior to sentencing. In addition, Counsel for the defendant desires additional time to consult with his client and conduct further investigation prior to sentencing. Counsel believes the requested continuance is necessary for effective preparation. The government does not object to the continuance and joins the request.

The parties agree that the delay resulting from this request shall be excluded in the interest of justice to allow for effective defense preparation, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

DATED: August 11, 2023     By:     /s/ Brittany Gunter
                                    BRITTANY GUNTER
                                    Assistant United States Attorney
                                    Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: August 11, 2023     By:     /s/ Eric V. Kersten
                                    ERIC V. KERSTEN
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    JOSE LOZANO


IT IS SO ORDERED.

Dated:   August 11, 2023

_____
UNITED STATES DISTRICT JUDGE

Lozano: Stipulation to
Continue Sentencing

-2-