HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOSE LOZANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    *Plaintiff*,<br><br>vs.<br><br>JOSE LOZANO,<br><br>                    *Defendant*. | Case No. 1:18-cr-00246 TLN-BAM<br><br>UNOPPOSED APPLICATION FOR ORDER EXTENDING SURRENDER DATE; ORDER<br><br>Judge: Hon. Troy L. Nunley |

       Jose Lozano requests an extension of time for surrender to the United States Bureau of Prisons (BOP) to commence service of his term of incarceration. His current surrender date is March 26, 2024. Mr. Lozano requests that his surrender date be continued to April 30. 2024, with all pretrial terms and conditions remaining in full force and effect pending surrender. This extension is requested to allow time for the BOP to designate Mr. Lozano's facility of confinement. Undersigned counsel has conferred with AUSA Brittany Gunter and Pretrial Services Officer Brian Bedrosian. Neither has any opposition to Mr. Lozano's request.

       On January 22, 2024 Mr. Lozano appeared before the Hon. Troy L. Nunley for sentencing. (Doc. 302). The court imposed an 87-month custodial term and directed Mr. Lozano to self-surrender to the BOP or the United States Marshals by noon on March 26, 2024. The

Marshals have advised that Mr. Lozano has not yet been designated by the BOP. Mr. Lozano has no other criminal record and he remained out of custody and complied with all conditions of pretrial release for 61 months prior to sentencing. Mr. Lozano's supervising pretrial services officer reports that during the two months since sentencing Mr. Lozano has continued to comply with all conditions of release without any issues or problems, and that he remains employed. The Court has already determined Mr. Lozano is not a flight risk or a danger to the community as it previously ordered that he be allowed to self-surrender.

Based on the foregoing, defendant Lozano, requests that his surrender date to the United States Bureau of Prisons be extended to April 30, 2024, to allow additional time for the BOP to designate his facility of confinement.

Dated: March 25, 2024

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

/s/ *Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Attorneys for Defendant
JOSE LOZANO

## ORDER

**IT IS SO ORDERED**. Jose Lozano shall self-surrender to the facility designated by the United States Bureau of Prisons, or to the United States Marshals in Fresno, California by 12:00 p.m. on April 30, 2024. All terms and conditions of pretrial release shall remain in full force and effect.

DATED: March 25, 2024

Troy L. Nunley
United States District Judge